# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 21-13466 |
| BARRY G. ISAACSON, | ) | |
| | ) | Hon. A. Benjamin Goldgar |
| Debtor. | ) | |
| | ) | |
| GEORGIA LEWIS and SANDRA DAVIS, | ) | |
| | ) | |
| Plaintiffs, | ) | Adversary Case No. 22-00195 |
| | ) | |
| v. | ) | |
| | ) | |
| BARRY G. ISAACSON, | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED DECLARATION/SUGGESTION OF DEATH

NOW COMES, Ariel Weissberg and the law firm of Weissberg and Associates, Ltd., and hereby file this amended suggestion to the Court that Debtor, Barry G. Isaacson, is deceased. He passed away on December 5, 2023. Appended hereto as **Exhibit 1** is the Certification of Death Record for Barry G. Isaacson issued to counsel from the Cook County, Illinois Clerk, Vital Records, certifying to, among other things, the date of Barry Isaacson's death and the disposition of his body. This submission is not being served upon any heirs of the deceased.

      **BARRY ISAACSON,** Debtor/Defendant

      By: /s/ Ariel Weissberg
        One of his attorneys

Ariel Weissberg, Esq. (No. 03125591)
125 South Wacker Drive, Suite 300
Chicago, IL 60606
T. 312-663-0004
F. 312-663-1514
Email: ariel@weissberglaw.com

## CERTIFICATE OF SERVICE

      I, Ariel Weissberg, certify that on January 29, 2024, I caused to be served *Amended Declaration/Suggestion of Death* upon the following parties via electronic communication:

Jodi L. Flynn, Esq.
Davis McGrath LLC
125 S. Wacker Drive; Suite 300
Chicago, IL 60606; 312-332-3033
jflynn@clavismcgrath.com
ikins@clavismcgrath.corn

Sheryl Fyock, Esq.
Donald Levine, Esq.
Latimer LeVay Fyock LLC
55 W. Monroe St., Suite 1100
Chicago, IL 60603
sfyock@llflegal.com
dlevine@llflegal.com

                                                  /s/ Ariel Weissberg
                                                    Ariel Weissberg