# COOK COUNTY CLERK VITAL RECORDS
## CHICAGO, ILLINOIS
## MEDICAL CERTIFICATE OF DEATH

| STATE FILE NUMBER 2023 0100969 | MEDICAL EXAMINER'S CASE NUMBER 120923TD01 | DATE ISSUED 1/29/2024 |
|---|---|---|

| DECEDENT'S LEGAL NAME: BARRY GORDON ISAACSON | SEX: MALE | DATE OF DEATH: DECEMBER 05, 2023 |
|---|---|---|
| COUNTY OF DEATH: DU PAGE | AGE AT LAST BIRTHDAY: 61 YEARS | DATE OF BIRTH: DECEMBER 04, 1962 |
| CITY OR TOWN: ELMHURST | HOSPITAL OR OTHER INSTITUTION NAME: ELMHURST MEMORIAL HOSPITAL | |
| PLACE OF DEATH: INPATIENT | | |

| BIRTHPLACE: SKOKIE, IL | SOCIAL SECURITY NUMBER: ███-██-9228 | STATUS AT TIME OF DEATH: DIVORCED FROM MARRIAGE | SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME: | EVER IN U.S. ARMED FORCES? NO |
|---|---|---|---|---|

| RESIDENCE: 1125 LAKE COOK ROAD | APT. NO.: 501 | CITY OR TOWN: NORTHBROOK | INSIDE CITY LIMITS? YES |
|---|---|---|---|
| COUNTY: COOK | STATE: IL | ZIP CODE: 60062 | |

| FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION: CALVIN ISAACSON | MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION: EILEEN ZISOOK |
|---|---|
| INFORMANT'S NAME: EILEEN ISAACSON | RELATIONSHIP: MOTHER |
| MAILING ADDRESS: 1125 LAKE COOK ROAD, NORTHBROOK, IL, 60062 | |

| METHOD OF DISPOSITION: CREMATION | PLACE OF DISPOSITION: TWIN PINES CREMATORY | LOCATION - CITY OR TOWN AND STATE: EAST DUNDEE, IL | DATE OF DISPOSITION: DECEMBER 11, 2023 |
|---|---|---|---|

FUNERAL HOME: CREMATION CARE OF ILLINOIS, 1404 N INDIGO DRIVE, MT PROSPECT, IL, 60056

| FUNERAL DIRECTOR'S NAME: COLETTE M BELLAIR | FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER: 034014823 |
|---|---|
| LOCAL REGISTRAR'S NAME: ADAM FORKER | DATE FILED WITH LOCAL REGISTRAR: DECEMBER 11, 2023 |

### CAUSE OF DEATH

PART I. IMMEDIATE CAUSE (Final disease or condition resulting in death)

| | | APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH |
|---|---|---|
| a. | CORONARY ARTERY DISEASE | 1 YEARS |
| | Due to (or as a consequence of): | |
| b. | CONGESTIVE HEART FAILURE | 1 YEARS |
| | Due to (or as a consequence of): | |
| c. | CARDIOGENIC SHOCK | 3 DAYS |
| | Due to (or as a consequence of): | |

PART II. Enter other *significant conditions contributing to death* but not resulting in the underlying cause given in PART I.

| WAS AN AUTOPSY PERFORMED? NO |
|---|
| WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH? N/A |

| FEMALE PREGNANCY STATUS: NOT APPLICABLE | MANNER OF DEATH: NATURAL |
|---|---|

| DATE OF INJURY: | TIME OF INJURY: | PLACE OF INJURY: | INJURY AT WORK? |
|---|---|---|---|

LOCATION OF INJURY:

DESCRIBE HOW INJURY OCCURRED:

IF TRANSPORTATION INJURY, SPECIFY:

| ATTEND THE DECEASED? YES | DATE LAST SEEN ALIVE: DECEMBER 05, 2023 | WAS MEDICAL EXAMINER OR CORONER CONTACTED? NO | DATE PRONOUNCED: | TIME OF DEATH: 03:04 PM |
|---|---|---|---|---|

| CERTIFIER: PHYSICIAN | DATE CERTIFIED: DECEMBER 08, 2023 |
|---|---|
| NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH: GLADY VELASQUEZ MD, 133 E BRUSH HILL ROAD, ELMHURST, ILLINOIS, 60126 | PHYSICIAN'S LICENSE NUMBER: 036140116 |

2664915



This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.

Karen A. Yarbrough
Cook County Clerk



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE